659 S.E.2d 158

**In the Matter of Tynika Adams CLAXTON, Respondent.**

Supreme Court of South Carolina.

March 17, 2008.

## ORDER

Respondent was suspended on January 14, 2008, for a period of sixty (60) days. She has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and she is hereby reinstated to the practice of law in this state.